No. 810, October Term, 1948. Carter Oil Co. v. Ramsey et al., 337 U. S. 958. Motion of petitioner for leave to file certified copy of order of Circuit Court of Fayette County denied. The petition for rehearing is denied. Mr. Justice Clark took no part in the consideration or decision of these applications.

No. 66, Misc., October Term, 1948. Epple v. Duffy, Warden, 335 U. S. 834;

No. 417, Misc., October Term, 1948. Whelan v. United States, 337 U. S. 931;

No. 440, Misc., October Term, 1948. Wilde v. Louisiana, 337 U. S. 932;

No. 581, Misc., October Term, 1948. Gay v. Fidelity Union Trust Co., Executor, 337 U. S. 945;

No. 598, Misc., October Term, 1948. Shotkin et al. v. Denver Publishing Co. et al., 337 U. S. 929;

No. 628, Misc., October Term, 1948. Reeves v. Georgia, 337 U. S. 946;

No. 629, Misc., October Term, 1948. Wallace v. United States, 337 U. S. 947; and

No. 666, Misc., October Term, 1948. Edelman v. California, 337 U. S. 949. The petitions for rehearing in these cases are severally denied. Mr. Justice Douglas and Mr. Justice Clark took no part in the consideration or decision of these applications.

No. 480, Misc., October Term, 1948. Agnew v. California, 337 U. S. 909. The second petition for rehearing is denied. Mr. Justice Douglas and Mr. Justice Clark took no part in the consideration or decision of this application.